IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :
                                 :
                                 :
         v.                      :   CRIMINAL NUMBER 10-052
                                 :
MICHAEL SOLOMON                  :
USM# 65219-066                   :

**ORDER**

AND NOW this 29th day of Jan., 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 49 months, effective November 1, 2015.

BY THE COURT:

_____
THE HONORABLE C. DARNELL JONES, II
United States District Court Judge